UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

SEP 0 8 2023

Nathan Ochsner, Clerk of Court

TIMOTHY AGUILAR
Plaintiff

Case No. _____

v.

1st Franklin Financial Corporation
a/k/a 1st Franklin Funding & Franklin Funding
Defendant

JURY TRIAL DEMAND

## COMPLAINT

Plaintiff **Timothy Aguilar** ("Plaintiff and or Aguilar") in pro se, alleges the following

against **1st Franklin Financial Corporation a/k/a 1st Franklin Funding & Franklin Funding**

(Defendant and or Franklin) and unknown third-party telemarketing vendors and or carriers

directed by Defendant but will be discovered during the discovery process and or by the issuance

of non-party subpoenas to establish agency relationships herein:

### INTRODUCTION

1. Plaintiff's Complaint is based on the Telephone Consumer Protection Act ("TCPA"), 47
   U.S.C. §227. Defendant is a financial company that markets and provides loans to
   consumers in numerous states throughout the United States.

1.1 To promote its services and solicit new clients, Defendant engages in telemarketing
   utilizing some form of autodialer to send unsolicited, harassing, intrusive and commercial
   text messages to individuals without the proper consent. Defendant, even after being
   notified to stop sending communications, continued in their barrage of unsolicited calls
   and or text messages resulting in invasion and or intrusion of privacy, harassment,
   aggravation and disruption of plaintiff's daily life activities during a work week.

## JURISDICTION AND VENUE

2. This Court has subject-matter jurisdiction over the TCPA claims in this action under 28 U.S.C. § 1331, which grants this court original jurisdiction of all civil actions arising under the laws of the United States. *Mims v. Arrow Fin. Servs., LLC*, 565 U.S. 368, 386-87 (2012) (confirming that 28 U.S.C. § 1331 grants the United States district courts federal-question subject-matter jurisdiction to hear private civil suits under the TCPA).

3. This Court has personal jurisdiction over Defendant conducts business in the State of Texas.

4. Venue is proper under 28 U.S.C. § 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person residing in Pasadena, Texas, 77503.

6. Plaintiff is a "person" as that term is defined by 47 U.S.C. § 153(39).

7. Defendant is a business entity with principal place of business, head office, or otherwise valid mailing address at  135 East Tugalo St, PO Box 880, Toccoa, GA 30577 and or 325 Southmore Ave #314, Pasadena, Texas 77502.

 Registered Agent for Service of Process: CT Corporation, 1999 Bryan Street, Dallas, Texas 75201.

8. Defendant is a "person" as that term is defined by 47 U.S.C. § 153(39).

9. Unless otherwise indicated, the use of Defendant's name in this Complaint includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, carriers, vendors, and insurers of Defendant.

## FACTUAL ALLEGATIONS

10. Plaintiff has a personal cellular telephone number ending in 7311.

11. Plaintiff has only used this phone number ending in 7311 as a personal cellular telephone and utilizes such cell number as his home number.

12. Defendant & unknown telemarketing 3rd party resellers and or carriers directed and or in a special and or agency relationship with Defendant have placed a "multitude" of unsolicited, intrusive & harassing robo calls and or text messages to Plaintiff on his personal cellular phone for solicitation purposes of a financial product and or service.

12.1 Franklin also sent annoying and intrusive email messages to Plaintiff weekly, 2 x daily during the work week. On April 8, 2022, Aguilar replied back to Franklin to quit sending any and all communications at once. *See Exhibit A.*

12.2 On April 20, 2022, Aguilar again responded back to Defendant's daily intrusive and harassing emails and stated to "quit" sending ....texts. *See Exhibit B*. Defendant's text messages stopped.

13. Despite Aguilar's use of clear opt out language in his response to Franklin's email, Franklin ignored Plaintiff's opt-out demand and started their relentless & aggressive campaign of unsolicited, harassing and annoying text messages on May 3, 2023.

14. Plaintiff did not request any type of information from Defendant or third parties directed by Defendant about financial services or products. Defendant did not have any type of consent to start re-contacting Plaintiff on a consistent basis starting around May of 2023 and continuing into the present date with thirty plus (30) or more unwanted robo-call and or text messages to Plaintiff's cellular phone.

15. Plaintiff was *not interested* in purchasing any type of financial products and or services and did not seek information regarding Defendant services at any time.

16. Defendant's robo-text messages were transmitted to Plaintiff's cellular telephone, and within the time frame relevant to this action.

17. Defendant's robo-text messages & and or calls constitute telemarketing because they encouraged the future purchase or investment in property, goods, or services, i.e. selling this Plaintiff financial services and or a product.

18. Defendant's calls were not made for "emergency purposes."

19. The information contained in the text messages require the Plaintiff to go and check his email (chain of event) to review the Defendant's financial loan services and the catch phrase of "approval" to entice further review of such intrusive electronic communication. This is how Defendant promotes its business.

20. Plaintiff received the subject texts within this judicial district and, therefore, Defendant's violation of the TCPA occurred within this district. Upon information and belief, Defendant caused other text messages to be sent to individuals residing within this judicial district.

21. Defendant's texts were not made for an emergency purpose or to collect on a debt pursuant to 47 U.S.C. § 227(b)(1)(B)

22. Upon information and belief, Defendant does not have a written policy for maintaining an internal do not call list pursuant to 47 U.S.C. § 64.1200(d)(1).

23. Upon information and belief, Defendant does not inform and train its personnel engaged in telemarketing in the existence and the use of any internal do not call list pursuant to 47 U.S.C. § 64.1200(d)(2).

24. At no point in time did Plaintiff provide Defendant with his express written consent to be contacted twice or more daily during Plaintiff's work week.

25. Plaintiff is the subscriber and sole user of the 7311 Number and is financially responsible for phone service to the 7311 Number.

26. Plaintiff's 7311 Number has been registered with the national do-not-call registry since September 29, 2011 and at all times relevant to this action. *See Exhibit C.*

27. The TCPA's implementing regulation, 47 C.F.R. § 64.1200(c), provides that "[n]o person or entity shall initiate any telephone solicitation" to "[a] residential telephone subscriber who has registered his or her telephone number on the national do-not-call registry of persons who do not wish to receive telephone solicitations that is maintained by the federal government.

28. The text messages originated from telephone numbers 833-861-0932, 833-215-3612 & 844-497-4902, numbers which upon information and belief is owned and operated by Defendant or on behalf of Defendant by a telemarketing vendor, whose identity is only known exclusively by Defendant.

29. Defendant's unsolicited robo-text messages caused Plaintiff actual harm, including invasion of his privacy, aggravation, annoyance, intrusion on seclusion, trespass, and during Aguilar's work week. Defendant's text messages also inconvenienced Plaintiff and caused disruption to his daily life as follows in pertinent part:

- May 3, 2023 ............        intrusive text message from Defendant.    *Exhibit D*
- May 4 ,2023 ............        intrusive text message from Defendant.    *Exhibit E*
- May 5, 2023 ............        intrusive text message from Defendant.    *Exhibit F*
- May 8, 2023 ..............      intrusive text message from Defendant.    *Exhibit G*
- May 9, 2023 ............        intrusive text message from Defendant.    *Exhibit H*
- May 10,2023 ............        intrusive text message from Defendant.    *Exhibit I*
- May 11 2023 ............        intrusive text message from Defendant.    *Exhibit J*
- May 12,2023 ............        intrusive text message from Defendant.    *Exhibit K*
- May 15, 2023 ...........        intrusive text message from Defendant.    *Exhibit L*
- May 16  2023  ...........       intrusive text message from Defendant.    *Exhibit M*
- May 17, 2023  ...........       intrusive text message from Defendant.    *Exhibit N*
- May 18, 2023 ............       intrusive text message from Defendant.    *Exhibit O*

- May 19, 2023   ..........    intrusive text message from Defendant.    ***Exhibit P***
- May 22, 2023   .........    intrusive text message from Defendant.    ***Exhibit Q***
- May 23, 2023   ..........    intrusive  text message from Defendant.    ***Exhibit R***
- May 23, 2023   ..........    intrusive text message from Defendant.    ***Exhibit S***
- May 25, 2023   ..........    intrusive text message from Defendant.    ***Exhibit T***
- May 26, 2023   ..........    intrusive text message from Defendant.    ***Exhibit U***
- May 30, 2023   .........    intrusive text message from Defendant.    ***Exhibit V***
- May 31, 2023   .......    intrusive text message from Defendant.    ***Exhibit W***
- June 2,  2023   .........    intrusive text message from Defendant.    ***Exhibit X***
- June 7,  2023   .......    intrusive text message from Defendant.    ***Exhibit Y***
- June 8,  2023   ......    intrusive text message from Defendant.    ***Exhibit Z***

## COUNT I
## DEFENDANT VIOLATED THE TCPA 47 U.S.C. § 227

30. Plaintiff incorporates the forgoing paragraphs 1-29 as though the same were set forth at length herein.

31. The TCPA's implementing regulation, 47 C.F.R. § 64.1200(c), provides that "[n]o person or entity shall initiate any telephone solicitation" to "[a] residential telephone subscriber who has registered his or her telephone number on the national do-not-call registry of persons who do not wish to receive telephone solicitations that is maintained by the federal government."

32. 47 C.F.R. § 64.1200(e), provides that § 64.1200(c) and (d) "are applicable to any person or entity making telephone solicitations or telemarketing calls to wireless telephone numbers."

33. 47 C.F.R. § 64.1200(d) further provides that "[n]o person or entity shall initiate any call for telemarketing purposes to a residential telephone subscriber unless such person or entity has instituted procedures for maintaining a list of persons who request not to receive telemarketing calls made by or on behalf of that person or entity."

34. Any "person who has received more than one telephone call within any 12-month period by or on behalf of the same entity in violation of the regulations prescribed under this subsection may" may bring a private action based on a violation of said regulations, which were promulgated to protect telephone subscribers' privacy rights to avoid receiving telephone solicitations to which they object. 47 U.S.C. § 227(c)

35. Defendant's texts were not made for "emergency purposes."

36. Defendant's text messages to Plaintiff's cellular telephone without any prior express consent.

37.  Defendant violated 47 C.F.R. § 64.1200(c) by initiating, or causing to be initiated, telephone solicitations to telephone subscribers such as Plaintiff who registered their respective telephone

numbers on the National Do Not Call Registry, a listing of persons who do not wish to receive telephone solicitations that is maintained by the federal government.

38. Defendant violated 47 U.S.C. § 227(c)(5) because Plaintiff  received more than one telephone call  and or robo-text message(s) in a 12-month period made by or on behalf of Defendant in violation of 47 C.F.R. § 64.1200, as described above. As a result of Defendant's conduct as alleged herein, Plaintiff suffered actual damages and, under section 47 U.S.C. § 227(c), are entitled, inter alia, to receive up to $500 in damages for such violations of 47 C.F.R. § 64.1200.

39. The acts and/or omissions of Defendant were done unfairly, unlawfully, intentionally, deceptively and fraudulently and absent bona fide error, lawful right, legal defense, legal justification or legal excuse.

40. To the extent Defendant's misconduct is determined to be willful and knowing, the Court should, pursuant to 47 U.S.C. § 227(c)(5), treble the amount of statutory damages.

## COUNT II
## DEFENDANT VIOLATED THE TCPA 47 U.S.C. § 227(C)

41. Plaintiff incorporates the forgoing paragraphs 1-29 as though the same were set forth at length herein.

42. The TCPA prohibits any person or entity of initiating any telephone solicitation to a residential telephone subscriber who has registered his or her telephone number on the National Do-Not-Call Registry of persons who do not wish to receive telephone solicitations that is maintained by the Federal Government. 47 U.S.C. § 227(c).

43. Defendant contacted Plaintiff despite the fact that Plaintiff has been on the Do Not Call Registry since 2011.

44. Defendant called Plaintiff on two or more occasions during a single calendar year despite Plaintiff's registration on the Do Not Call list.

45. Under 47 C.F.R. § 64.1200(d), "[n]o person or entity shall initiate any call for telemarketing purposes to a residential telephone subscriber unless such person or entity has instituted procedures for maintaining a list of persons who request not to receive telemarketing calls made by or on behalf of that person or entity. The procedures instituted must meet certain minimum standards, including:

> (3) Recording, disclosure of do-not-call requests. If a person or entity making a call for telemarketing purposes (or on whose behalf such a call is made) receives a request from a residential telephone subscriber not to receive calls from that person or entity, the person or entity must record the request and place the subscriber's name, if provided, and telephone number on the do-not call list at the time the request is made. Persons or entities making calls for telemarketing purposes (or on whose behalf such calls are made)

must honor a residential subscriber's do-not-call request within a reasonable time from the date such request is made. This period may not exceed thirty days from the date of such request . . . .

(6) Maintenance of do-not-call lists. A person or entity making calls for telemarketing purposes must maintain a record of a consumer's request not to receive further telemarketing calls. A do-not-call request must be honored for 5 years from the time the request is made.

47 C.F.R. § 64.1200(d)(3), (6)

46. The acts and/or omissions of Defendant were done unfairly, unlawfully, intentionally, deceptively and fraudulently and absent bona fide error, lawful right, legal defense, legal justification or legal excuse.

47. Under 47 C.F.R § 64.1200(e) the rules set forth in 47 C.F.R. § 64.1200(d) are applicable to any person or entity making telephone solicitations or telemarketing calls to wireless telephone numbers:

(e) The rules set forth in paragraph (c) and (d) of this section are applicable to any person or entity making telephone solicitations or telemarketing calls to wireless telephone numbers to the extent described in the Commission's Report and Order, CG Docket No. 02-278, FCC 03-153, "Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991

47 C.F.R. § 64.1200(e).

48. Plaintiff made requests to Defendant not to receive any more text messages and/or communications.

49. Defendant failed to honor Plaintiff's requests on two separate occasions.

50. Because Plaintiff received more than one text message in a 12-month period made by or on behalf of Defendant in violation of 47 C.F.R. § 64.1200(d), as described above, Defendant violated 47 U.S.C. § 227(c)(5).

51. As a result of Defendant's violations of 47 U.S.C. § 227(c)(5), Plaintiff is entitled to an award of $500.00 in statutory damages, for each and every negligent violation, pursuant to 47 U.S.C. § 227(c)(5).

52. As a result of Defendant's violations of 47 U.S.C. § 227(c)(5), Plaintiff is entitled to an award of $1,500.00 in statutory damages, for each and every knowing and/or willful violation, pursuant to 47 U.S.C. § 227(c)(5).

53. Plaintiff also suffered damages in the form of invasion of privacy.

## COUNT III
### DEFENDANT VIOLATED § 302.101 OF
### THE TEXAS BUSINESS & COMMERICAL CODE

54. Plaintiff incorporates the forgoing paragraphs 1-29 as though the same were set forth at length herein.

55. §302.101 of the Texas Business & Commerce Code prohibits sellers from engaging in telephone solicitation from a location in this state or to a purchaser located in this state unless the seller obtains a registration certificate from the Office of the Secretary of State for the business location from which the solicitation is made.

56. Defendant violated § 302.101 of the Texas Business & Commercial Code when its representatives engaged in continuous and repetitive telephone solicitation of Plaintiff without obtaining a registration certificate from the Office of the Secretary of State.

57. §302.302(a) of the Texas Business & Commerce Code provides that a person who violates this chapter is subject to a civil penalty of no more than $5,000 for each violation. Furthermore, §302.302(d) provides that the *party* bringing the action is also entitled to recover all reasonable cost of prosecuting the action, including court costs and investigation costs during discovery, deposition expenses, witness fees that will be required and needed upon the trial before a jury.

**Wherefore**, Plaintiff, **Timothy Plaintiff,** respectfully prays for judgment as follows:

    a.  All actual damages Plaintiff suffered (as provided under 47 U.S.C. § 227(b)(3)(A)) and §302.302 of the Texas Business and Commerce Code

    b.  Statutory damages of $500.00 per violative telephone call (as provided under 47 U.S.C. § 227(b)(3)(B));

    c. Additional statutory damages of $500.00 per violative telephone call (as provided under 47 U.S.C. § 227(C);

    d. Treble damages of $1,500.00 per violative telephone call (as provided under 47 U.S.C. § 227(b)(3));

    e. Additional treble damages of $1,500.00 per violative telephone call (as provided under 47 U.S.C. § 227(C);

    f. Injunctive relief (as provided under 47 U.S.C. § 227(b)(3) and (c)

    g. Statutory damages of $5,000 per violation (as provided under §302.302(a) of the Texas Business & Commerce Code);

h. All reasonable  witness fees, court costs and other litigation costs incurred by Plaintiff pursuant to §302.302(a) of the Texas Business & Commerce Code;

i. Any other relief this Honorable Court deems appropriate

### DEMAND FOR JURY TRIAL

**Please take notice** that Plaintiff, **Timothy Aguilar,** demands a jury trial in this case

### DOCUMENT PRESERVATION DEMAND

Plaintiff demands that Defendant take affirmative steps to preserve all records, lists, electronic databases or other itemizations associated with the allegations herein, including all records, lists, electronic databases including  Workforce Management software, CCaaS, IVR, Oracle, Speech Analytic, Five9, Genesys, Talkdesk or other itemizations in the possession of any vendors, individuals, and/or companies contracted, hired, or directed by Defendant to assist in sending the alleged communications to Plaintiff named herein.

Respectfully submitted,

Timothy Aguilar, Pro Se
2807 Randolph Road
Pasadena, Texas 77503
proselitigationtx@gmail.com
832-689-7311

State of Texas     §
                 §
County of Harris    §

    BEFORE ME, on this **7** day of September 2023, appeared Timothy Aguilar, identified to me by Texas Identification, and states that the statements made within the complaint are true and correct and exhibits attached to the complaint are true and correct and based on personal knowledge and copies of originals.

_____

NOTARY PUBLIC in and for
THE STATE OF TEXAS

**From:** locateutoday@aim.com,

**To:** underwriting@1stfranklinfunding2.com,

**Subject:** Re: Approval Update - Low Rates - Priority Funding - (Confirm Receipt & Call 1st Franklin) (Revised 04/08/22)

**Date:** Fri, Apr 8, 2022 12:08 pm

**Attachments:**

---

quit sending all communications to me please at once

Tim Aguilar
Collections Manager
Consumer Mortgage Co.
2600 North Gessner #246
Houston, Texas 77080
Office - 713-802-2222
cell - 832-722-7327


-----Original Message-----
From: 1st Franklin Funding - Underwriting <underwriting@1stfranklinfunding2.com>
To: locateutoday@aol.com <locateutoday@aol.com>
Sent: Fri, Apr 8, 2022 11:27 am
Subject: Approval Update - Low Rates - Priority Funding - (Confirm Receipt & Call 1st Franklin) (Revised 04/08/22)

Name: Timothy Aguilar
Amount: $19,708.00
Monthly: $302.91
DOB: 8/7/1965
SSN: XXX-XX-XXXX
File: SL01A-8326897311-TX

1. **Client's File Is Referred For Special Review.**

2. **Client Calls To Authorize Or Advise Otherwise.**

3. **1st Franklin Sends Approval Summary Email.**

4. **Client Calls To Review Approval Summary Email.**

5. **Approval Is Finalized & Agreement Is Completed.**

1st Franklin Funding
Underwriting Department
Phone: 888-238-4052
Hours: 12:00 PM - 6:00 PM (EST) Mon-Fri

Reply by email: "STOP UPDATES" to stop updates - Thank you!



**From:** locateutoday@aim.com,

**To:** approvals@1stfranklinfunding2.com,

**Subject:** Re: Approval Pending - Priority Funding - New Options - Special Rates (Revised 04/20/22)

**Date:** Wed, Apr 20, 2022 1:23 pm

you people are annoying - quit sending me this BS how hard is this to understand - your texts also

Tim Aguilar
Collections Manager
Consumer Mortgage Co.
2600 North Gessner #246
Houston, Texas 77080
Office - 713-802-2222
cell - 832-722-7327

-----Original Message-----
From: 1st Franklin Funding - Approvals <approvals@1stfranklinfunding2.com>
To: locateutoday@aol.com <locateutoday@aol.com>
Sent: Wed, Apr 20, 2022 11:02 am
Subject: Approval Pending - Priority Funding - New Options - Special Rates (Revised 04/20/22)

Name: Timothy Aguilar
Amount: $9,854.00
Monthly Payment: $151.46
DOB: 8/7/1965
SSN: XXX-XX-XXXX
File: SL01A-8326897311-TX

We are contacting you regarding the recent loan application you submitted.
Your file has been escalated and referred to 1st Franklin Funding for special review.
Special considerations are being reviewed due to your unique personal situation.

Risk analysis issues are being reevaluated utilizing your good long-term payment history.
Risk predictions assume worst case scenarios based on statistical probability projections.
Risk reduction may require extending payment terms or reducing initial approval amount.

You should be receiving an update from 1st Franklin Underwriting within 24 hours.
Please contact your designated underwriter directly with any questions or concerns.
Thank you for your cooperation during this evolutionary and transitional process.

Risk-Sensitive Rates
$20,000 @ 4.99% ($212.03 Per Month)
$40,000 @ 5.99% ($443.88 Per Month)
$60,000 @ 6.99% ($696.34 Per Month)
(Alternate Amounts & Rates Available)
Benjamin Franklin Portrait
Reply by Email: "STOP UPDATES" to Stop Updates - Thank You!



# National Do Not Call Registry - Your Registration Is Confirmed

From: verify@donotcall.gov

To:     locateutoday@aol.com

Date:   Wednesday, September 6, 2023 at 07:07 PM CDT

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 7311 on September 29, 2011. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov to register another number or file a complaint against someone violating the Registry.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.

PLAINTIFF'S EXHIBIT

5:11  ᯤ 5G

< 21



+1 (585) 391-1449 >

Text Message
Today 5:11 PM

Approval Update
(Timothy Aguilar)
Please Check Email
(Important/Junk/
Spam) & Call
Franklin Funding at
888-238-4052
(Thank You)

The sender is not in your contact list.

Report Junk

Wednesday • May 3,      Adjust
2023 • 5:11 PM

IMG 8694

      


PLAINTIFF'S
EXHIBIT
D

 

‹ 23

1st Franklin Funding ›

(Timothy Aguilar)
Please Check Email
(Junk/Spam) & Call
Franklin Funding at
888-903-0368
(Thank You!)
Reply stop to stop

Today 2:09 PM

Approval Update
(Timothy Aguilar)
Please Check Email
(Junk/Spam) & Call
Franklin Funding at
888-903-0368

Thursday • May 4, 2023  Adjust
• 2:10 PM

IMG 8706

   

PLAINTIFF'S EXHIBIT
E




31

**1st Franklin Funding** ›

(Timothy Aguilar)
Please Check Email
(Junk/Spam) & Call
Franklin Funding at
888-903-0368
(Thank You)
Reply stop to stop

Today 12:44 PM

Approval Update
(Timothy Aguilar)
Please Check Email
(Junk/Spam) & Call
Franklin Funding at

Friday • May 5, 2023 •     Adjust
1:12 PM

⊘ IMG_8718

   


PLAINTIFF'S
EXHIBIT
F





833-861-0932 Fran... >

Please Check Email
(Junk/Spam) & Call
Franklin Funding at
888-903-0368
(Thank You)
Reply stop to stop

Today 12:57 PM

Approval Update
(Timothy Aguilar)
Please Check Email
(Important/Junk/
Spam) & Call
Franklin Funding at

Monday • May 8, 2023 • Adjust
12:58 PM

IMG_8812









PLAINTIFF'S
EXHIBIT

 

‹ 43

833-861-0932 Fran... ›

(Important/Junk/
Spam) & Call
Franklin Funding at
<u>888-903-0368</u>
(Thank You)
Reply stop to stop

Today 2:47 PM

Approval Update
(Timothy Aguilar)
Please Check Email
(Important/Junk/
Spam) & Call
Franklin Funding at
888-903-0368

Tuesday • May 9, 2023    Adjust
• 2:48 PM

 IMG_8836

   


PLAINTIFF'S
EXHIBIT

 

833-861-0932 Frankli... ›

(Important/Junk/
Spam) & Call
Franklin Funding at
888-903-0368
(Thank You)
Reply stop to stop

Today 2:01 PM

Approval Update
(Timothy Aguilar)
Please Check Email
(Important/Junk/
Spam) & Call
Franklin Funding at
888-903-0368

Wednesday • May 10,
2023 • 2:01 PM



   



PLAINTIFF'S
EXHIBIT
I




833-861-0932 Frankli... ›

(Important/Junk/
Spam) & Call
Franklin Funding at
888-903-0368
(Thank You)
Reply stop to stop

Today 1:42 PM

Approval Update
(Timothy Aguilar)
Please Check Email
(Important/Junk/
Spam) & Call
Franklin Funding at
888-903-0368

Thursday • May 11,
2023 • 1:44 PM

Adjust





<br>PLAINTIFF'S EXHIBIT



833-861-0932 Frankli... >

(Important/Junk/
Spam) & Call
Franklin Funding at
888-903-0368
(Thank You)
Reply stop to stop

Today 2:50 PM

Approval Update
(Timothy Aguilar)
Please Check Email
(Important/Junk/
Spam) & Call
Franklin Funding at
888-903-0368



Friday • May 12, 2023 •   Adjust
2:50 PM

IMG_8874

   



833-861-0932 Fran... ›

888-903-0368
(Thank You)
Reply stop to stop

Today 11:03 AM

Approval Update
(Timothy Aguilar)
Please Check
Email (Important/
Junk/Spam) &
Call Franklin
Funding at
888-903-0368

Add a Caption

Monday • May 15, 2023   Adjust
• 11:05 AM

 IMG_9016

      


PLAINTIFF'S
EXHIBIT



833-861-0932 Fran...

888-903-0368
(Thank You)
Reply stop to stop

Today 11:56 AM

Approval Update
(Timothy Aguilar)
Please Check
Email (Important/
Junk/Spam) &
Call Franklin
Funding at

Tuesday • May 16, 2023
• 11:57 AM






‹ 7

833-861-0932 Fran... ›

Call Franklin
Funding at
888-903-0368
(Thank You)
Reply stop to stop

Today 12:16 PM

Approval Update
(Timothy Aguilar)
Please Check
Email (Important/
Junk/Spam) &
Call Franklin
Funding at

Wednesday • May 17,
2023 • 12:18 PM







PLAINTIFF'S
EXHIBIT




833-861-0932 Fran... ›

<u>888-903-0368</u>
(Thank You)
Reply stop to stop

Today 2:40 PM

Approval Update
(Timothy Aguilar)
Please Check
Email (Important/
Junk/Spam) &
Call Franklin
Funding at
<u>888-903-0368</u>

Thursday • May 18,
2023 • 2:40 PM








PLAINTIFF'S
EXHIBIT



◀ Safari

833-861-0932 Fra... ›

**888-903-0368**
(Thank You)
Reply stop to stop

Today 2:48 PM

Approval Update
(Timothy Aguilar)
Please Check
Email (Important/
Junk/Spam) &
Call Franklin
Funding at
**888-903-0368**
(Thank You)

Friday · May 19, 2023 ·  Adjust
2:50 PM



PLAINTIFF'S
EXHIBIT
_P_



833-861-0932 Fra... >

Call Franklin
Funding at
888-903-0368
(Thank You)
Reply stop to stop

Today 3:46 PM

Approval Update
(Timothy Aguilar)
Please Check
Email (Important/
Junk/Spam) &
Call Franklin
Funding at

Monday • May 22, 2023  Adjust
• 3:46 PM

   


PLAINTIFF'S
EXHIBIT



833-861-0932 Fran... >

Call Franklin
Funding at
888-903-0368
(Thank You)
Reply stop to stop

Today 2:13 PM

Approval Update
(Timothy Aguilar)
Please Check
Email (Important/
Junk/Spam) &
Call Franklin
Funding at

Tuesday • May 23,
2023 • 3:16 PM

Adjust


PLAINTIFF'S
EXHIBIT

< Reminders





833-861-0932 Fran... >

Call Franklin
Funding at
<u>888-903-0368</u>
(Thank You)
Reply stop to stop

Today 4:43 PM

Approval Update
(Timothy Aguilar)
Please Check
Email (Important/
Junk/Spam) &
Call Franklin
Funding at

Tuesday • May 23,        Adjust
2023 • 4:43 PM

            

PLAINTIFF'S
EXHIBIT

◄ Phone

 

**833-861-0932 Fra...** ›

**888-903-0368**
(Thank You)
Reply stop to stop

Today 12:16 PM

Approval Update
(Timothy Aguilar)
Please Check
Email (Important/
Junk/Spam) &
Call Franklin
Funding at
**888-903-0368**

Thursday • May 25,     Adjust
2023 • 12:18 PM

   


PLAINTIFF'S
EXHIBIT




833-861-0932 Fra... >

<u>888-903-0368</u>
(Thank You)
Reply stop to stop

Today 12:22 PM

Approval Update
(Timothy Aguilar)
Please Check
Email (Important/
Junk/Spam) &
Call Franklin
Funding at
888-903-0368

Friday · May 26, 2023 · Adjust
12:44 PM

IMG 9201


PLAINTIFF'S
EXHIBIT



833-861-0932 Fra... >

888-903-0368
(Thank You)
Reply stop to stop

Today 12:54 PM

Approval Update
(Timothy Aguilar)
Please Check
Email (Important/
Junk/Spam) &
Call Franklin
Funding at
888-903-0368

Tuesday · May 30,
2023 · 12:55 PM          Adjust

PLAINTIFF'S
EXHIBIT



888-903-0193
(Thank You)
Reply stop to stop

Today 1:15 PM

Approval Update (Timothy Aguilar) Please Check Email (Important/Junk/Spam) & Call Franklin Funding at

Wednesday • May 31, 2023 • 1:21 PM





< ❾

833-861-0932 Fran... >

888-903-0368
(Thank You)
Reply stop to stop

Today 1:34 PM

Approval Update
(Timothy Aguilar)
Please Check
Email (Important/
Junk/Spam) &
Call Franklin
Funding at
888-903-0368

Friday • Jun 2, 2023 •     Adjust
7:08 PM

 IMG_9345

         


PLAINTIFF'S
EXHIBIT



833-861-0932 Fran... ›

**888-903-0368**
(Thank You)
Reply stop to stop

Today 1:34 PM

Approval Update
(Timothy Aguilar)
Please Check
Email (Important/
Junk/Spam) &
Call Franklin
Funding at
**888-903-0368**

Wednesday • Jun 7,
2023 • 1:37 PM

Adjust

IMG 9381









PLAINTIFF'S
EXHIBIT



833-861-0932 Fran... >

888-903-0368
(Thank You)
Reply stop to stop

Today 3:08 PM

Approval Update
(Timothy Aguilar)
Please Check
Email (Important/
Junk/Spam) &
Call Franklin
Funding at
888-903-0368

Thursday • Jun 8, 2023    Adjust
• 3:11 PM

IMG 9394








PLAINTIFF'S
EXHIBIT
2